IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 16-288 |
| RAUL RODRIGUEZ | : |

## ORDER

AND NOW, this 18th day of April, 2017, upon consideration of the Defendant's Motion to Dismiss Count Two of the Indictment (Doc. No. 17), the Government's Response in Opposition (Doc. No. 22), the Defendant's Reply to the Government's Response (Doc. No. 23), the Government's Response to the Defendant's Reply Brief (Doc. No. 24), and after a telephone conference with counsel regarding the Motion to Dismiss, **IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss Count Two of the Indictment (Doc. No. 17) is **DENIED**.

BY THE COURT

_____
LAWRENCE F. STENGEL, J.